IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21659-CIV-GOLD/O'SULLIVAN

DELLACASA, LLC,

       Plaintiff,

vs.

JOHN MORIARTY & ASSOCIATES
OF FLORIDA, INC., a Florida corporation,

       Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Non-Party Italkitchen International, Inc.'s Motion for Protective Order and Motion to Quash Subpoena Duces Tecum and Incorporated Memorandum of Law (DE# 21, 7/23/07), the Plaintiff's Motion to Compel Discovery from Defendant (DE# 51, 8/31/07), the Plaintiff's Motion for Enlargement of Time to Propound a Privilege Log to Defendant (DE # 54, 9/18/07), the Non-Party Italkitchen International, Inc.'s Amended Supplemental Motion for Protective Order (DE # 56, 9/21/07), and the Plaintiff's Motion to Strike Italkitchen's Supplemental Brief in Support of Motion for Protective Order (DE # 62, 9/25/07).  Having reviewed the applicable filings and the law and having held a hearing in this matter, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Strike Italkitchen's Supplemental Brief in Support of Motion for Protective Order (DE # 62, 9/25/07) is DENIED.  It is further

ORDERED AND ADJUDGED that the Non-Party Italkitchen International, Inc.'s

Amended Supplemental Motion for Protective Order (DE # 56, 9/21/07) is DENIED as moot.  It is further

ORDERED AND ADJUDGED that the Plaintiff's Motion for Enlargement of Time to Propound a Privilege Log to Defendant (DE # 54, 9/18/07) is GRANTED in accordance with this Order.  The plaintiff shall provide the defendant with a privilege log on or before October 5, 2007.  The privilege log need not include documents prepared in the furtherance of litigation after the filing of this lawsuit.  It is further

ORDERED AND ADJUDGED that  the Plaintiff's Motion to Compel Discovery from Defendant (DE# 51, 8/31/07) is GRANTED in accordance with this Order.  On or before October 5, 2007, the defendant shall provide the plaintiff with all e-mails and available attachments responsive to the plaintiff's request for production in electronic format that relate to Trump I, Trump II, and Trump III.  On or before October 5, 2007, a responsible officer of the defendant shall provide an affidavit indicating that the defendant has searched through all its files and verified with its employees that all responsive documents have been provided to the plaintiff.  For all future documents produced by either party, the parties must indicate the request for production the document relates to.  On or before September 28, 2007, the plaintiff shall provide the defendant with a list of the documents the plaintiff believes the defendant has not produced.   It is further

ORDERED AND ADJUDGED that with respect to the remaining issues on the Non-Party Italkitchen International, Inc.'s Motion for Protective Order and Motion to Quash Subpoena Duces Tecum and Incorporated Memorandum of Law (DE# 21, 7/23/07), on or before October 1, 2007, Italkitchen shall provide the plaintiff with the

technical drawings for Trump I, Trump II, and Trump III.  The technical drawings may only be used for this lawsuit or the related lawsuit. On or before October 1, 2007, Italkitchen shall provide all the documents ordered to be provided in the undersigned's August 23, 2007, Order (DE # 48) and/or those documents listed on page 5 (a through h) of the Plaintiff's Supplemental Memorandum in Opposition to Italkitchen's Motion for Protective Order.  For the reasons stated during the hearing, Italkitchen is not required to produce the names of their suppliers or the invoices referencing the names of those suppliers.

    DONE AND ORDERED in Chambers at Miami, Florida this **1st** day of October, 2007.

                                          _____
                                          JOHN J. O'SULLIVAN
                                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Court Judge Gold
All counsel of record