IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21659-CIV-GOLD/O'SULLIVAN

DELLACASA, LLC,

           Plaintiff,

vs.

JOHN MORIARTY & ASSOCIATES
OF FLORIDA, INC., a Massachusetts
corporation, et al.,

           Defendants.
_____/



## PLAINTIFF'S EMERGENCY MOTION TO EXCEED DEPOSITION LIMITATIONS OF RULE 30, FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 30, Federal Rules of Civil Procedure, Plaintiff, DELLACASA, LLC ("Dellacasa"), moves this Court for an Emergency Order permitting Dellacasa to take depositions in excess of 10 and states as follows:

Plaintiff seeks leave of this Court to take depositions in excess of ten. To date, Plaintiff has taken 9 depositions. In anticipation of the upcoming hearing on December 11-13, 2007, Plaintiff seeks to take various additional depositions. First, Plaintiff seeks to take depositions that the parties had scheduled prior to the previously scheduled preliminary injunction hearing that were postponed due to the illness of counsel for John Moriarty & Associates of Florida, Inc. ("JMAF"), Mr. Glass, including the continuation of the Rule 30(b)(6) deposition of Defendant JMAF, through Robert Nordling, as well as the depositions of Stelios Margetis of ItalKitchen International, Inc. ("Ital"), and Stefano Carbonara. Plaintiff also seeks to take the depositions of Sharyn Wood of JMAF, a witness who appears on many documents produced in this case, as well as JMAF's Rule 26.1 initial disclosure, and Eran Ben-David. Moreover, with the inclusion TRG-Sunny Isles V, Ltd. ("TRG") as

an intervener in this litigation, Plaintiff seeks to depose the following Related witnesses: Matt Allen, Phil Azan, Joyce Bronson, Christina Cuervo, Tom Daly, Jr., Tom Daly, Sr., John Hopwood, and Jorge Perez. Plaintiff believes that each of these witnesses has information integral to the presentation of evidence at the preliminary injunction hearing. Most of these witnesses will not require a full day's examination.

Pursuant to Rule 30(a)(2)(A), Fed.R.Civ.P, "A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if. . .without the written stipulation of the parties (A) a proposed deposition would result in more than ten depositions being taken under this rule or Rule 31 by the plaintiffs, or by the defendants, or by third-party defendants." Plaintiff has been forced to file this Motion because, despite the fact that many of these witnesses have been listed in the parties' initial disclosures, Defendants are refusing to produce these witnesses because Dellacasa has already taken 9 depositions. JMAF's opposition to the taking of additional depositions is contradicted by its own disclosures, which listed more than ten non-Dellacasa-affiliated witnesses. Simply put, there is no good faith basis to oppose the taking of these additional depositions.

BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida  33131-1811  305.373.9400

CASE NO. 07-21659-CIV-GOLD/O'SULLIVAN

WHEREFORE, Plaintiff urges this Court to enter an order granting its request to exceed ten depositions, as well as any other relief deemed appropriate.

Respectfully submitted,

Mark F. Raymond, Esq.
BROAD AND CASSEL
Attorneys for Plaintiff
One Biscayne Tower
21st Floor
2 South Biscayne Blvd.
Miami, FL 33131
Phone: (305) 373-9425
Fax:    (305) 995-6385
mraymond@broadandcassel.com

By: _____
Mark F. Raymond, P.A.
Fla. Bar. No. 373397
Gary E. Lehman, P.A.
Fla. Bar. No. 864714

Co-Counsel for Plaintiff:
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Plaintiff
15th Floor
200 East Broward Boulevard
Post Office Box 1900
Fort Lauderdale, Florida  33302

CASE NO. 07-21659-CIV-GOLD/O'SULLIVAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2007, a true and correct copy of foregoing document was served via facsimile and U.S. Mail this day on James E. Glass, Esq., James E Glass & Associates, 721 San Bruno Ave, Coral Gables, Florida, 33143-6221, and Janet C. Moreira-Gamble, Esq., Lott & Friedland, 355 Alhambra Circle, Suite 1100 PO Drawer 141098, Coral Gables, FL 33134-1098, Attorneys for Defendant JMAF; Avi Benayoun, Esq., Greenberg Traurig, P.A., 401 East Las Olas Boulevard, Suite 2000, Fort Lauderdale, Florida 33301, and Marlene Silverman, Esq., Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, Florida 33131, Attorneys for TRG-Sunny Isles V, Ltd.; and George L. Sigalos, Esq., Simon, Sigalos & Spyredes, P.A., 3839 NW Boca Raton Boulevard, Suite 100, Boca Raton, Florida 33431, Attorney for Defendant ItalKitchen.

Respectfully submitted,

Mark F. Raymond, Esq.
BROAD AND CASSEL
Attorneys for Plaintiff
One Biscayne Tower, 21st Floor
2 South Biscayne Blvd.
Miami, FL 33131
Phone: (305) 373-9425
Fax:    (305) 995-6385
mraymond@broadandcassel.com

By: _____
Mark F. Raymond, P.A.
Fla. Bar. No. 373397
Gary E. Lehman, P.A.
Fla. Bar. No. 864714

Co-Counsel for Plaintiff:
RUDEN, McCLOSKY, SMITH,
SCHUSTER & RUSSELL, P.A.
Attorneys for Plaintiff,15th Floor
200 East Broward Boulevard
Post Office Box 1900
Fort Lauderdale, Florida 33302
Phone: (954) 527-2492
Fax:    (954) 333-4092
matt.nelles@ruden.com

## BROAD and CASSEL
One Biscayne Tower, 21st Floor  2 South Biscayne Blvd.  Miami, Florida 33131-1811  305.373.9400