IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21659-CIV-GOLD/O'SULLIVAN

DELLACASA, LLC,
    Plaintiff,

vs.

JOHN MORIARTY & ASSOCIATES
OF FLORIDA, INC., a Massachusetts
corporation and ITALKITCHEN,
INTERNATIONAL, INC., a Florida corporation,
    Defendants,

and

TRG - Sunny Isles V, Ltd.
    Defendant/Intervenor.
_____/

DELLACASA, LLC,
    Plaintiff,

vs.

JOHN MORIARTY & ASSOCIATES
OF FLORIDA, INC., a Massachusetts
corporation and FIDELITY AND
DEPOSIT COMPANY OF MARYLAND,
a Maryland corporation,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Defendant Italkitchen, International, Inc.'s Motion for Leave to Re-open Deposition and Exceed the Time Limitations of the Deposition of Timothy Lillis and Terry Deochand, as Corporate Representatives of Dellacasa, LLC., and Incorporated Memorandum of Law (DE# 226, 1/28/08).[1] Having reviewed the applicable filings and the law, it

---

[1] On January 28, 2008, TRG filed TRG-Sunny Isles V, Ltd.'s Joinder in Italkitchen's Motion for Leave to Reopen Deposition and Exceed the Time

is

ORDERED AND ADJUDGED that Defendant Italkitchen, International, Inc.'s Motion for Leave to Re-open Deposition and Exceed the Time Limitations of the Deposition of Timothy Lillis and Terry Deochand, as Corporate Representatives of Dellacasa, LLC., and Incorporated Memorandum of Law (DE# 226, 1/28/08) is **GRANTED in part and DENIED in part**.

Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

The plaintiff did not file a response to the instant motion. In its motion, Ital indicated that the plaintiff does not object to the relief requested provided that the deposition of Mr. Lillis is limited to one (1) hour. Since the plaintiff did not object to the deposition of Mr. Deochand, the Court will permit this deposition to go forward. The deposition of Mr. Lillis is limited to two (2) hours.

DONE AND ORDERED in Chambers at Miami, Florida this **15th** day of February, 2008.

_____
HONORABLE JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Court Judge Gold
All counsel of record

---

Limitations of the Deposition of Timothy Lillis and Terry Deochand, as Corporate Representatives of Dellacasa, LLC (DE# 229).