UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21659-CIV-GOLD/MCALILEY

DELLACASA, LLC.,

    Plaintiff,

v.

JOHN MORIARTY & ASSOCIATES OF FLORIDA, INC. and ITALKITCHEN INTERNATIONAL, INC.,

    Defendants,

and

TRG-SUNNY ISLES V, LTD.,

    Defendant/Intervenor,
_____/

## ORDER GRANTING REQUEST; ORDERING DEFENDANT TO FILE AMENDED MOTION AS SEPARATE DOCKET ENTRY; DENYING MOTION AS MOOT

THIS MATTER having come before the Court on Defendant John Moriarty and Associates of Florida, Inc.'s Request [DE 279] for Leave to Amend Motion for Partial Summary Judgment and Supporting Memorandum of Law, and the Court having been advised that the parties have stipulated to an enlargement of time to respond to the Motion until April 21, 2008, it is hereby:

ORDERED AND ADJUDGED that

1. Defendant's Request [DE 279] is **GRANTED**.

2. Defendant shall file its Amended Motion as a separate docket entry.

3. The response to the Amended Motion shall be due on or before April 21, 2008.

    4.    Defendant's original Motion [DE 259] shall be denied as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 10th day of April, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris McAliley
All counsel of record