UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21659-CIV-GOLD/MCALILEY

DELLACASA, LLC.,

    Plaintiff,

v.

JOHN MORIARTY & ASSOCIATES OF
FLORIDA, INC., et al.

    Defendants,

_____/

<u>ORDER SETTING TELEPHONIC STATUS CONFERENCE; GRANTING MOTIONS
FOR CLARIFICATION</u>

THIS CAUSE comes before the Court on the Motion for Clarification [DE 300] and the Motion to Join [DE 301] the Motion for Clarification, filed on May 14, 2008.  In these Motions, the parties request clarification on whether the Court, as part of its order holding matters in abeyance, intended to extend the deadlines for motions in limine and the pretrial stipulation.  Having reviewed the Motions and the case file, I inform the parties that the deadlines for motions in limine and the pretrial stipulation will be extended.  I have set a telephonic status conference to discuss scheduling matters in this case.  Accordingly, it is hereby

ORDERED AND ADJUDGED that

1. A telephonic status conference is set on the Motion to Withdraw before the undersigned at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **Wednesday, June 4, 2008 at 8:45 a.m**. All parties and/or counsel shall call 1-866-208-0348 on the above date and time.  Refer to Conference ID #48757682.

2. The Motion for Clarification [DE 300] and Motion to Join [DE 301] are GRANTED.

DONE AND ORDERED in Chambers in Miami, Florida this 20th day of May, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris McAliley
All counsel of record